Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Veronica A Gonzales | Case No.: 14–30710 HLB 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's Notice of Failure of Debtor(s) To Provide Statement of Social Security Number And/Or List of Creditors , filed on May 8, 2014 , it is ordered that this case is hereby **dismissed**.

Dated: 5/16/14                         By the Court:

                                       Hannah L. Blumenstiel
                                       United States Bankruptcy Judge